No. 73–6988. SANTANA v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–6989. BRYANT v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–6995. HERSHIPS v. YOUNG, JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6998. COLLINS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 73–7001. STEJSKAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–7004. CAMM ET VIR v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–7005. POWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–7008. BROWN v. GROOMES, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73–7012. HERNANDEZ v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–7015. BLONDELL v. JURAS, ADMINISTRATOR, PUBLIC WELFARE DIVISION. Ct. App. Ore. Certiorari denied.

No. 73–7018. GUSICK v. CARDWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–7020. GANCI v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–7024. CAESAR v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.